IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES MARTIN,

    Plaintiff,

v.

ELI LILLY AND COMPANY,

    Defendant
_____/

No. C-06-0617 MMC

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

    Before the Court is the parties' Joint Case Management Conference Statement, filed August 23, 2006, by which the parties seek to vacate the September 8, 2006 case management conference in the instant action, or to continue said conference by approximately 120 days. The parties state there is no need for a case management conference at this time because the instant action has been conditionally transferred to the Eastern District of New York for inclusion in MDL No. 1596, <u>In re Zyprexa Products Liability Litigation</u>.

    Accordingly, because transfer of the instant action appears to be imminent, the September 8, 2006 case management conference is hereby VACATED.

**IT IS SO ORDERED.**

Dated: August 24, 2006

                                              MAXINE M. CHESNEY
                                              United States District Judge